IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Renita T

Printed: 9/3/08

Case Number: 05 B 63836
Judge: Hollis, Pamela S
Filed: 12/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: August 7, 2008
Confirmed: February 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,753.51 |  |
| Secured: |  | 9,211.01 |
| Unsecured: |  | 3,016.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,589.00 |
| Trustee Fee: |  | 892.24 |
| Other Funds: |  | 44.84 |
| Totals: | 15,753.51 | 15,753.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,589.00 | 2,589.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | South Division Credit Union | Secured | 4,309.10 | 4,227.12 |
| 4. | Cook County Treasurer | Secured | 1,218.15 | 1,015.25 |
| 5. | Select Portfolio Servicing | Secured | 6,868.81 | 3,968.64 |
| 6. | Capital One | Unsecured | 1,095.40 | 1,095.40 |
| 7. | American Express Travel Relate | Unsecured | 17.82 | 17.82 |
| 8. | Capital One | Unsecured | 586.17 | 586.17 |
| 9. | ECast Settlement Corp | Unsecured | 1,317.03 | 1,317.03 |
| 10. | Retailer's National Bank | Unsecured |  | No Claim Filed |
| 11. | Safeway | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,001.48 | $ 14,816.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 125.40 |
| 5% | 56.99 |
| 4.8% | 109.45 |
| 5.4% | 246.25 |
| 6.5% | 354.15 |
|  | _____ |
|  | $ 892.24 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Renita T

Printed: 9/3/08

Case Number:  05 B 63836
Judge:  Hollis, Pamela S
Filed:  12/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

